UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANDRES YBARRA #43010-480                    CASE NO.  26-cv-1020 SEC P

-vs-                                             JUDGE DRELL

WARDEN F C C  POLLOCK        MAGISTRATE JUDGE PEREZ-MONTES

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 10), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (ECF No. 5) is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED at Alexandria, Louisiana this _22nd_ day of June 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT